**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| TZVI STRAUSS,[1]<br><br>Plaintiff,<br><br>v.<br><br>TONY CRAPPS,<br><br>Defendant. | CIVIL ACTION NO.: 2:26-cv-78 |

**O R D E R**

Plaintiff, who is currently housed at Montgomery State Prison in Mt. Vernon, Georgia, filed a cause of action under 42 U.S.C. § 1983, clearly contesting certain events allegedly occurring at Montgomery State Prison in Montgomery County, Georgia. Doc. 1. Because Plaintiff is challenging events occurring in the Dublin Division of this Court, his § 1983 action should have been docketed in that Division rather than in the Brunswick Division of this Court. 28 U.S.C. § 90(c)(2). Accordingly, the Court **DIRECTS** the Clerk of Court to **TRANSFER** the instant cause of action to the Dublin Division of this Court for plenary disposition.

**SO ORDERED**, this 12th day of August, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] I **DIRECT** the Clerk of Court to correct Plaintiff's GDC Number upon the record and docket of this case.